IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cr74

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| PETER JAMES SMITH | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the government for a peremptory setting during the February 2, 2009, trial term in the Charlotte Division. (Doc. No. 13).

According to the motion, which is not opposed by the defendant, a firm trial date is necessary to schedule travel for a witness expected to come from Germany. Thus, the Court finds sufficient cause to schedule the trial for a date certain during the February term.

**IT IS, THEREFORE, ORDERED** that the government's motion is GRANTED, and the trial of this case will begin on February 3, 2009, at 9:30 a.m., or as soon after that as possible. Counsel must also attend calendar call on February 2, 2009, at 9:30 a.m.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the United States Probation office.

Signed: December 23, 2008

Robert J. Conrad, Jr.
Chief United States District Judge