UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cr74

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PETER JAMES SMITH, )<br>)<br>Defendant. )<br>) | **FINAL ORDER AND JUDGMENT<br>CONFIRMING FORFEITURE** |

On February 18, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's conviction on Counts Three, Six and Seven in the Bill of Indictment at a trial of this matter. Subsequently, the Defendant has stated that he will not oppose forfeiture of specific property as described below.

On January 23, 2010 through February 21, 2010, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from January 23, 2010 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's conviction, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One Taurus PT99 9 millimeter handgun and ammunition.**

Signed: August 9, 2010

Robert J. Conrad, Jr.
Chief United States District Judge